United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY C. BURCHFIELD,

    Plaintiff,

v.

ALIBABA GROUP HOLDING LIMITED, et al.,

    Defendants.

Case No. 22-cv-02925-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Dismissing Case,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 9th day of December, 2022.


Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.